FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 8 2018 ★
BROOKLYN OFFICE

O/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Trustees of the New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Apprenticeship, Journeyman, Retraining, Educational & Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the New York and Vicinity Carpenters Labor Management Corp.,

Plaintiffs

— against —

Best Made Floors, Inc.,

Defendant.

---

17-CV-3429 (ARR) (ST)

**Opinion & Order**

**Not for electronic or print publication**

Ross, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated July 23, 2018, from the Honorable Steven L. Tiscione, United States Magistrate Judge. Objections were due by August 6, 2018, but no objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the Union's application for attorney's fees is granted and they are awarded $14,646.11 in fees and costs. Further, the Funds' application for attorney's fee is granted and they are awarded $18,381.17 in fees and costs.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: August 7, 2018
Brooklyn, New York